UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ODIN NORDHEIM,<br><br>    Plaintiff,<br><br>v.<br><br>USCIS,<br><br>    Defendant. | Case No. 25-cv-04701-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Trina Thompson, to consider whether the case is related to case number 3:25-cv-04571-TLT, Nordheim v. United States Citizenship and Immigration Services (USCIS).

**IT IS SO ORDERED.**

Dated: June 9, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 25-cv-04701-LB